FILED 15 NOV '22 15:16 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-402-MO |
| v. | INDICTMENT |
| CEDRIC WILSON, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |
| | <u>UNDER SEAL</u> |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about October 24, 2022, defendant **CEDRIC WILSON** knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Robbery, in violation of Ohio State Statute 2911.02(A)(3), in Hamilton County, State of

Ohio, on or about December 16, 2004;

did knowingly and unlawfully possess the following firearm:

(1) A HK P30 handgun; serial number: 219-022195;

Which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in that offense, including without limitation:

(1) A HK P30 handgun; serial number: 219-022195

Dated: November 15, 2022          A TRUE BILL.

                                  _____
                                  OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
NICOLE M. BOCKELMAN, OSB #105934
THOMAS H. EDMONDS, OSB #902555
Assistant United States Attorney